# Court of Appeals
# of the State of Georgia

ATLANTA,___April 03, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1033, A14A1034, A14A1035. OTS, INC. v. WEINSTOCK & SCAVO, P.C. et al.**

The Appellees have filed a motion to supplement the record in Case No. A13A1033; however, it appears that the transcript Appellees seek is not available to be transmitted from the trial court at this time. Moreover, the Appellees have not provided sufficient information regarding its memorandum of law for this Court to properly direct the trial court to supplement the record therewith. Accordingly, Case No. A14A1033 as well as related cases A14A1034 and A14A1035 are hereby **REMANDED** to the trial court for completion of the record.

Upon resolution of the issues Appellee has raised regarding the record, Appellant may reinitiate the appeal of this case by timely refiling of the original notice of appeal within 30 days of the trial court's order disposing of the issues regarding the record.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 04/03/2014_____
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
             *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*